# NO. 12-14-00168-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JUAN CARLOS OLVERA,*<br>*APPELLANT* | *§* | *APPEAL FROM THE 294TH* |
| *V.* | *§* | *JUDICIAL DISTRICT COURT* |
| *THE AMERICAN NATIONAL BANK OF*<br>*TEXAS, NATIONAL ASSOCIATION,*<br>*APPELLEE* | *§* | *VAN ZANDT COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3.

Pursuant to Rule 32.1, Appellant's docketing statement was due to have been filed at the time the appeal was perfected, i.e., June 6, 2014. *See* TEX. R. APP. P. 32.1. On June 26, 2014, this court sent a notice informing Appellant that he should file a docketing statement within ten days if he had not already done so. Appellant did not file the docketing statement. Accordingly, on July 9, 2014, this court issued another notice advising Appellant that the docketing statement was past due. The notice further provided that unless the docketing statement was filed on or before July 24, 2014, the appeal would be presented for dismissal in accordance with Rule 42.3. The time for filing the docketing statement has expired, and Appellant has not complied with the court's request. Because Appellant has failed to comply with Texas Rule of Appellate Procedure 32.1, the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.3(c).

Opinion delivered July 31, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 31, 2014**

**NO. 12-14-00168-CV**

**JUAN CARLOS OLVERA,**
Appellant
V.
**THE AMERICAN NATIONAL BANK OF TEXAS, NATIONAL ASSOCIATION,**
Appellee

---

Appeal from the 294th District Court

of Van Zandt County, Texas (Tr.Ct.No. 11-00899)

---

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*